**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00375-CV

———————————

**WILLIAM SALVADOR HILDALGO, Appellant**

**V.**

**JOELMA SCHUTZ, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-64510**

## MEMORANDUM OPINION

Appellant William Salvador Hidalgo appeals from a protective order signed on February 17, 2025. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE ANN. §§ 51.207,

51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158.

The Court issued a notice on June 17, 2025 (past due fee) that the appeal might be subject to appeal unless the filing fee was paid. The Court's notice advised that, unless appellant paid the filing fee by July 17, 2025, the appeal might be dismissed. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). No response was received.

The Court also issued a notice on June 23, 2025, advising appellant that the Court might dismiss the appeal for failure to pay or make financial arrangements for the filing of the clerk's record unless appellant submitted written evidence by July 23, 2025, showing that he had paid or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). No response was received.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(c), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

2